MADISON S. SPACH, JR. (CA Bar No. 94405)
mspach@fbtgibbons.com
GORDON C. YOUNG (CA Bar No. 158100)
gyoung@fbtgibbons.com
MONISHA A. COELHO (CA Bar No. 219233)
mcoelho@fbtgibbons.com
FBT GIBBONS, LLP
1 MacArthur Place, Suite 200
Santa Ana, CA 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Plaintiff
BOUSTEAD SECURITIES, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BOUSTEAD SECURITIES, LLC,

Plaintiff,

v.

PIXIE DUST TECHNOLOGIES, INC.,

Defendant.

**CASE NO.:** 8:26-cv-01100-DFM

**JUDGE: Hon. Wesley L. Hsu**

**PLAINTIFF BOUSTEAD SECURITIES, LLC'S AMENDED PROOF OF SERVICE**

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Madison S. Spach, Jr. (SBN 94405)<br>FBT Gibbons LLP<br>1 Macarthur Place Suite 200<br>Santa Ana, CA 92707<br>*Telephone No:* 714 852-6800<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>0817333 | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* BOUSTEAD SECURITIES, LLC<br>*Defendant:* PIXIE DUST TECHNOLOGIES, INC. | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>8:26-cv-01100-DFM |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served Two (2) copies of the Summons in a Civil Action; Complaint for Damages; Civil Cover Sheet; Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Cover Letter Dated August 14, 2026; Attached a Check in the Amount of $100.00 Service Fee to Secretary of State

3. *a. Party served:* PIXIE DUST TECHNOLOGIES, INC.
   *b. Person served:* Documents were placed in the drop box per Division of Corporations Protocol / Served under F.R.C.P. Rule 4.

4. *Address where the party was served:* 401 Federal Street, Suite 4, Dover, DE 19901

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Aug 17 2026 (2) at: 01:42 PM

6. ***Person Who Served Papers:***
   a. Lori Millar
   **b. FIRST LEGAL**
   600 W. Santa Ana Blvd., Ste. 101
   SANTA ANA, CA 92701
   c. (714) 541-1110

   **d.** ***The Fee*** *for Service was:* $408.60

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

08/18/2026
(Date)

(Signature)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

RECEIVED DATE 03:57 PM 08/17/2026
Secretary of State
CHARUNI PATIBANDA-SANCHEZ

BOUSTEAD SECURITIES, LLC

*Plaintiff(s)*

v.

PIXIE DUST TECHNOLOGIES, INC.

*Defendant(s)*

Civil Action No. 8:26-cv-01100-DFM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PIXIE DUST TECHNOLOGIES, INC.
BUSINESS FILINGS INCORPORATED
108 WEST 13TH ST
WILMINGTON DE
800-981-7183
County: New Castle
Postal Code: 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MADISON S. SPACH, JR./MONISHA A. COELHO/GORDON C. YOUNG
FBT GIBBONS, LLP
1 MacArthur Place, Suite 200, Santa Ana, CA 92707
714-852-6800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

[signature]

*Signature of Clerk or Deputy Clerk*

Date: 05/16/2026

DIVISION OF CORPORATIONS
P.O. BOX 898
DOVER, DELAWARE 19903

STATE OF DELAWARE
DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL STREET, SUITE 4
DOVER, DELAWARE 19901

GENERAL INFORMATION
www.CORP.DELAWARE.GOV
(302) 739 – 3073

AUGUST 18, 2026

8:26-CV-01100-DFM
1317980

PIXIE DUST TECHNOLOGIES, INC.
3760 CONVOY STREET SUITE 219

SAN DIEGO, CA 92111
UNITED STATES

Dear Sir/Madam:

We are enclosing copies of SUMMONS AND COMPLAINT served on CHARUNI PATIBANDA-SANCHEZ, Secretary of State of the State of Delaware, in the matter of BOUSTEAD SECURITIES, LLC vs. PIXIE DUST TECHNOLOGIES, INC..

You are hereby notified that such service of process was made on the Secretary of State pursuant to 8 Del. C.§321(b).

DO NOT RETURN THESE DOCUMENTS TO THE SECRETARY OF STATE UNDER ANY CIRCUMSTANCES. Please contact the Plaintiff or the Plaintiff's Attorney as stated on the attached copies with any questions regarding this matter. All correspondence should be sent to the Plaintiff or the Plaintiff's Attorney.

Sincerely,
April M. Wright
April M. Wright
Corporations Administrator

AMW/jrf, skm
Enc.

CERTIFIED MAIL/RETURN RECEIPT REQUESTED

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 19901 $ 001.98⁰
02 7W
0008046895 AUG 20 2026

STATE OF DELAWARE
DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
POST OFFICE BOX 898
DOVER, DELAWARE 19903
20-05-001

Official Business, Penalty For Private Use $300

RECEIVED
AUG 26 2026

ISAURA MORA
1 MACARTHUR PLACE SUITE 200
SANTA ANA, CA 92707

FIRST CLASS MAIL

MAIL ROOM 1 LBS 1 OF 1
(302) 739 – 3073
DEPT OF STATE DIVISION OF CORP
401 FEDERAL ST
DOVER DE 19901 – 3639

SHIP TO:
PIXIE DUST TECHNOLOGIES, INC
SUITE 219
3760 CONVOY STREET
SAN DIEGO CA 92111

CA 921 9 – 17

UPS GROUND
TRACKING #: 1Z 5E6 88E 03 6396 2975

BILLING: P/P

REF 1:UPS R $$$ SOP

WS 27.0.39 Zebra ZP 450 34.0A 08/2026

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD R 0226

# Proof of Delivery

Dear Customer,
This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z5E688E0363962975

**Service**
UPS Ground

**Delivered On**
08/25/2026 1:48 P.M.

**Delivered To**
SAN DIEGO, CA, US

**Shipped / Billed On**
08/19/2026

**Received By**
MATSUYAMA

**Delivery Location**
Front Desk

Sincerely,
UPS

Tracking results provided by UPS as of 08/27/2026 2:22 P.M. EST